AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Raymond Chestnut, | ) | |
|---|---|---|
| *Petitioner,* | ) | |
| v. | ) | Civil Action No.  1:21-1259-RBH |
| Marcus Rhodes *Director*, | ) | |
| *Respondent.* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ the petitioner, Raymond Chestnut, shall take nothing of the respondent, Marcus Rhodes *Director*, and this action is dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, Chief United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:  July 28, 2021                                                                 *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                            s/L. Baker
                                                                                    _____
                                                                                    *Signature of Clerk or Deputy Clerk*